UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 17-00349
Cardell McCullough and )
Pamela McCullough )  Chapter: 13
) Honorable LaShonda Hunt
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Debtors' 2017 federal income tax refund are waived.
2. That the Chapter 13 plan is amended at Section G to state that On or before April 20th of the year following the filing of the case and each year thereafter, Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee.
3. That the current Chapter 13 plan payment is increased to $430.00 per month.

Enter:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: December 03, 2018

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625